| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash |
|---|---|---|---|---|
| 1 | 98.245.238.138 | 4/29/15 06:52:25 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 2 | 173.8.230.17 | 4/27/15 08:32:15 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 3 | 24.8.58.29 | 4/27/15 06:30:00 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 4 | 75.70.66.178 | 4/27/15 05:09:22 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 5 | 73.14.8.124 | 4/27/15 04:23:57 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 6 | 97.122.117.52 | 4/27/15 02:40:56 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 7 | 75.70.88.48 | 4/26/15 06:08:20 PM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 8 | 24.9.98.31 | 4/26/15 11:43:42 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 9 | 50.183.133.6 | 4/26/15 05:08:18 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 10 | 50.152.39.130 | 4/26/15 04:20:52 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 11 | 65.128.103.201 | 4/25/15 06:12:47 PM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 12 | 184.96.1.109 | 4/25/15 01:29:52 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 13 | 50.134.156.135 | 4/25/15 01:00:26 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 14 | 75.71.145.219 | 4/24/15 01:18:16 PM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 15 | 71.211.2.143 | 4/22/15 08:55:11 PM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |
| 16 | 71.214.51.29 | 4/22/15 08:06:03 AM | The Cobbler (2014) [1080p] | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 |

| ISP | Region | City | Province |
|---|---|---|---|
| Comcast Cable | Colorado | Aurora | Adams County |
| Comcast Business Communications | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |
| Comcast Cable | Colorado | Arvada | Jefferson County |
| CenturyLink | Colorado | Littleton | Arapahoe County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Parker | Douglas County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |
| CenturyLink | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Avon | Eagle County |
| Comcast Cable | Colorado | Pueblo | Pueblo County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |