IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| Plaintiff, | ) Civil Action No. 15-cv-02159-WJD-MEH |
| v. | ) NOTICE OF DISMISSAL |
| John Doe 1, et.al., | ) |
| Defendants. | ) |

Plaintiff, Countryman Nevada, LLC and Defendants John Does #6 and 13 have entered into confidential settlement agreements resolving this dispute. Plaintiff advises the court that this case may be dismissed against these Defendants, with prejudice, pursuant to the settlement agreements.

Defendants have not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendants John Does #6 and 13 pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice.

**Respectfully submitted this 10th day of December 2015,**

BROWN & KANNADY, LLC

*/s/ Scott T Kannady*

Scott T. Kannady, Esq.
2000 S. Colorado Blvd.
Suite 2-610
Denver, Colorado 80222
Telephone (303) 757-3800

Attorneys for Plaintiff.

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2015, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                  By: /s/ Maegan M. Stevens
                  Maegan Stevens, paralegal
                  Brown & Kannady, LLC